# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2021

## NO. 03-20-00086-CV

**William P. Klages, Appellant**

**v.**

**Rita E. Klages, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the district court's Order in Suit to Modify Spousal Maintenance and the Parent-Child Relationship signed by the district court on December 4, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.